W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
(303) 299-8222
(303) 298-0940 (fax)
bsiebert@sah.com

Sharon M. Rose
LAVERY & ROSE, P.C.
P.O. Box 890
Evanston, WY 82930
(307) 444-4200
(307) 444-0559 (fax)
srose@evanstonlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| PAUL A. MUMBY, ERIC HOLTZCLAW, WILLIAM G. JOHNSON, JOHN PAZEJ, JR., RITTA PEAVLER, JAMES G. RAUCH, JEROME G. RAUCH, DAVID REDDIN, and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURE ENERGY SERVICES (USA), INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 09-CV-77-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AS TO DAMAGES

COMES NOW Pure Energy Services (USA), Inc. ("Defendant") and Plaintiffs (jointly the "parties") and for their Stipulation as to Damages, state as follows:

1. Pursuant to the Court's Order dated December 11, 2009, the parties have conferred to determine a stipulated amount of compensatory damages based on the Court's

decision filed December 2, 2009.  The parties have reached an agreement on that amount.  Accordingly, the parties hereby stipulate as follows:

    2.       The parties agree that the amounts of back pay for unpaid wages and overtime (compensatory damages) due Plaintiffs based on the Court's Order filed December 2, 2009, are as follows:

| Name | Amount |
|---|---|
| Robert Boase Jr. | $ 18,204.02 |
| Kevan Christensen | $ 35,931.25 |
| Shane Deal | $ 36,692.00 |
| Christopher Fenus | $ 41,559.83 |
| Eric Holtzclaw | $ 22,523.15 |
| William Johnson | $ 13,102.76 |
| Paul Mumby | $ 42,169.73 |
| John Pazej | $ 31,991.90 |
| Ritta Peavler | $ 17,266.63 |
| James Rauch | $ 5,706.25 |
| Jerome Rauch | $ 3,270.83 |
| David Reddin | $ 14,851.19 |
| Total | $283,269.54 |

    3.       These amounts do not include any amounts for liquidated damages.  Pursuant to the Court's Order dated December 11, 2009, the award of liquidated damages will be taken under advisement and ruled on by the Court without further briefing, following the filing of this Stipulation As To Damages.

    4.       This Stipulation As To Damages is entered into without prejudice to the rights of the parties to appeal the final judgment in this case and any decisions or Orders made by the Court prior to the entry of final judgment, including but not limited to the Court's Order filed December 2, 2009, and any subsequent decisions or Orders by the Court.

WHEREFORE, the parties stipulate and agree to the compensatory damages as set forth above.

Dated this 29th day of January, 2010.

| | |
|---|---|
| s/ Alan S. Kaufman | s/ W.V. Bernie Siebert |
| Alan S. Kaufman | W.V. Bernie Siebert |
| CHAMBERLAIN, KAUFMAN & JONES | SHERMAN & HOWARD L.L.C. |
| 35 Fuller Road | 633 Seventeenth Street, Suite 3000 |
| Albany, NY 12205 | Denver, CO 80202 |
| (518) 435-9427 | (303) 299-8222 |
| (518) 435-9102 (fax) | (303) 298-0940 (fax) |
| ask@flsa.com | bsiebert@sah.com |
| | |
| Jason M. Tangeman | Sharon M. Rose |
| NICHOLAS & TANGEMAN, LLC | LAVERY & ROSE, P.C. |
| 170 North Fifth Street | P.O. Box 890 |
| P.O. Box 928 | Evanston, WY 82930 |
| Laramie, WY 82072 | (307) 444-4200 |
| (307) 742-7140 | (307) 444-0559 (fax) |
| (307) 742-7354 (fax) | srose@evanstonlaw.com |
| jtangeman@wyolegal.com | |

EMPLOY\538657.1