UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| PAUL A. MUMBY, ERIC HOLTZCLAW, WILLIAM G. JOHNSON, JOHN PAZEJ, Jr., RITTA PEAVLER, JAMES G. RAUCH, JEROME G. RAUCH, DAVID REDDIN, and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PURE ENERGY SERVICES (USA), INC., <br><br> Defendant. | CIVIL ACTION NO. 09-CV-0077-D <br><br><br> STIPULATION AND REQUEST FOR ORDER REGARDING ATTORNEY'S FEES AND EXPENSES |

The parties hereby stipulate and agree as follows:

1. The Court entered Final Judgment on April 5, 2010.

2. As part of the Final Judgment, the Court ordered plaintiffs to file their claim for attorney's fees.

3. Pursuant to Local Rule 54.3, the parties have consulted on the amount of

attorney's fees and costs and have reached an agreement.

    4.  The parties hereby agree that the Court may enter an order for attorney's fees in the amount of $40,400 and costs and expenses in the amount of $1170.76.

    5.  The parties therefore respectfully request an order awarding plaintiffs attorney's fees in the amount of $40,400 and costs and expenses in the amount of $1170.76.

    6.  The parties agree that this stipulation and request for an order is without prejudice to the parties' rights to appeal the final judgment and all orders of the Court.

Dated: April 9, 2010

| | |
|---|---|
| s/ Alan S. Kaufman | s/W.V. Bernie Siebert |
| Alan S. Kaufman | W.V. Bernie Siebert |
| Chamberlain, Kaufman & Jones | Sherman & Howard L.L.C. |
| 35 Fuller Road | 633 Seventeenth Street, Suite 3000 |
| Albany, NY 12205 | Denver, CO 80202 |
| (518) 435-9427 | (303) 299-8222 |
| (518) 435-9102 (fax) | (303) 298-0940 (fax) |
| ask@flsa.com | bsiebert@sah.com |
| | |
| Jason M. Tangeman | Sharon R. Rose |
| Nicholas & Tangeman, LLC | Lavery & Rose, P.C. |
| 170 North Fifth Street | P.O. Box 890 |
| P.O. Box 928 | Evanston, WY 82930 |
| Laramie, WY 82072 | |
| (307) 742-7140 | (307) 444-4200 |
| (307) 742-7354 (fax) | (307) 444-0559 (fax) |
| jtangeman@wyolegal.com | srose@evanstonlaw.com |