W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 299-8222
(303) 298-0940 (fax)
bsiebert@sah.com

Sharon M. Rose
LAVERY & ROSE, P.C.
P.O. Box 890
Evanston, WY  82930
(307) 444-4200
(307) 444-0559 (fax)
srose@evanstonlaw.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| PAUL A. MUMBY, ERIC HOLTZCLAW, WILLIAM G. JOHNSON, JOHN PAZEJ, JR., RITTA PEAVLER, JAMES G. RAUCH, JEROME G. RAUCH, DAVID REDDIN, and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PURE ENERGY SERVICES (USA), INC., <br><br> Defendant. | CIVIL ACTION NO. 09-CV-77-ABJ |

_____

# NOTICE OF APPEAL
_____

Notice is hereby given that Defendant Pure Energy Services (USA), Inc. by and through its undersigned counsel, and pursuant to Fed. R. App. P. 3(a), hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment in this action entered on April 9, 2010, including any prior dispositive rulings from the Order awarding attorney fees and costs, entered April 9, 2010, the final judgment, ordered April 5, 2010, the Order granting liquidated damages, entered April 5, 2010, and the prior dispositive rulings.

Respectfully submitted this 16th day of April, 2010.

s/ W.V. Bernie Siebert
W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900
Fax:  (303) 298-0940
Email:  bsiebert@sah.com

Sharon M. Rose
LAVERY & ROSE, P.C.
P.O. Box 890
Evanston, WY  82930
(307) 444-4200
(307) 444-0559 (fax)
Email:  srose@evanstonlaw.com

Attorneys for Defendant Pure Energy Services (USA), Inc.

3

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 16, 2010, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Jason M. Tangeman – jtangeman@wyolegal.com
>ANTHONY, NICHOLAS & TANGEMAN, LLC
>170 North Fifth Street
>P.O. Box 928
>Laramie, WY  82072
>
>Alan S. Kaufman – ask@flsa.com
>CHAMBERLAIN, KAUFMAN & JONES
>35 Fuller Road
>Albany, NY  12205

>s/ Clarine R. Kuntz

3